UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHANNA THO, | ) | Case No. CV 10-2952 CJC(JC) |
| | ) | |
| Petitioner, | ) | (~~PROPOSED~~) |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| L.S. MCEWEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 17, 2010

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE